NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**21-787 consolidated with 21-786**

**JAMES BARNETT, ET AL.**

**VERSUS**

**THE ARC OF ACADIANA, INC., ET AL.**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 201910058
HONORABLE THOMAS JAMES FREDERICK, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**D. KENT SAVOIE
JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Sylvia R. Cooks, Chief Judge, Billy Howard Ezell, and D. Kent Savoie, Judges.

**AFFIRMED.**

**Cooks, Chief Judge, Dissents and assigns written reasons.**

**Jeffrey W. Watson**
**Gordon McKernan Injury Attorneys**
**5656 Hilton Avenue**
**Baton Rouge, Louisiana 70808**
**(225) 923-4043**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
**James Barnett, individually and on behalf of Lesli Ann Barnett**
**Colette Neely, individually and on behalf of Lesli Ann Barnett**

**Byron Hutchinson**
**Spencer Calahan Injury Lawyers**
**827 Saint Louis Street**
**Baton Rouge, Louisiana 70802**
**(225) 387-2323**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
**Stanford Barnett, individually and on behalf of Lesli Ann Barnett**

**Joshua K. Trahan**
**Preis PLC**
**Post Office Drawer 94-C**
**Lafayette, Louisiana 70509**
**(337) 237-6062**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**The Arc of Acadiana, Inc.**

**SAVOIE, Judge.**

For the reasons set forth in the companion consolidated case hereto, *Stanford Barnett, et al. v. Arc of Acadiana, Inc., et al*, 21-786 (La.App. 3 Cir. ___), ___So.3d___, the decision of the trial court is hereby affirmed.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.

Uniform Rules—Courts of Appeal, Rule 2-16.3.

**JAMES BARNETT, ET AL.**

**VERSUS**

**THE ARC OF ACADIANA, INC. ET AL.**

**COOKS, Chief Judge, Dissents.**

For the reasons set forth in the companion consolidated case hereto, *Stanford Barnett, et al. v. Arc of Acadiana, Inc. et al.*, 21-786 (La.App. 3 Cir.__), ___So.3d___, I dissent.